UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alicia Corpening,

Plaintiff,

-against-
Lifetime Fitness, Inc.,

Defendant.

26-CV-01834 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Monday, March 23, 2026 at 11:00 AM.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 867 238 991#.

Counsel for Defendant is ordered to serve a copy of this order on Counsel for Plaintiff, who has not yet appeared, by **March 15, 2026** and file proof of such service on the docket on the same day.

DATED:  March 16, 2026
      New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge