UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alicia Corpening,<br><br>                    Plaintiff,<br><br>        -against-<br>Lifetime Fitness, Inc.,<br><br>                    Defendant. | 26-CV-01834 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference was scheduled for **March 23, 2026.** Due to a change on the Court's calendar, the conference will now be held on **Friday, March 27, 2026 at 10:30 AM.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 867 238 991#.

Counsel for Defendant is ordered to serve a copy of this order on Counsel for Plaintiff, who has not yet appeared, by **March 23, 2026** and file proof of such service on the docket on the same day.

DATED:  March 16, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge