UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALICIA CORPENING,

                  Plaintiff,

      -against-

LIFETIME FITNESS, INC.,

                  Defendant.

26-CV-01834 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    As discussed at the conference held on March 27, 2026:

    1.      The parties shall respond to Rule 26 initial disclosures by April 17, 2026.

    2.      The parties shall propound initial document requests and interrogatories by May 1, 2026, with responses due June 12, 2026.

    3.      Depositions shall be completed by August 28, 2026, and all fact discovery shall be completed by September 28, 2026.

    4.      The parties shall disclose any experts by September 11, 2026. If experts are disclosed, all expert discovery shall be completed by November 11, 2026.

    5.      The parties shall file joint updates on the status of discovery on the first business day of every month, beginning May 1, 2026, and continuing until the close of all discovery.

    6.      Discovery motions should be raised promptly by letter-motion for a discovery conference.

DATED:  March 27, 2026
          New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE