UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA CORPENING, | 26-CV-01834 (DEH) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| LIFETIME FITNESS, INC., | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 27, 2026, I ordered the parties to file monthly updates on the status of discovery on the first business day of every month, including on May 1, 2026. (*See* ECF 18.) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **May 6, 2026**.

DATED:  May 5, 2026                           SO ORDERED.
              New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**